RALPH R. LI BUTTI v. NEW JERSEY RACING COMMISSION.

May 7, 1985.

Petition for certification denied.

DANIEL REID v. TOWNSHIP OF HAZLET.

May 7, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 229)

STATE OF NEW JERSEY v. GLEN J. TURNER.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT KNIGHT.

May 7, 1985.

Petition for certification denied.

LARRY B. FRANKLIN v. LEROY SIMON.

May 7, 1985.

Petition for certification denied.